■ In the Matter of ALLISON FULTON, an Attorney. [55 NYS3d 679]—

Per Curiam. Allison Fulton was admitted to practice by this Court in 2006 and lists a business address in Washington, DC with the Office of Court Administration. By affidavit sworn to June 6, 2017 and filed June 7, 2017, Fulton now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22

---

* Respondent has not answered correspondence from petitioner notifying him of the deficiencies in his application.

[a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Fulton's application by correspondence dated June 21, 2017.

Upon reading the affidavit of Fulton, and upon reading the correspondence in response by the Chief Attorney for AGC, and having determined that Fulton is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Peters, P.J., Egan Jr., Rose, Aarons and Rumsey, JJ., concur. Ordered that Allison Fulton's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further ordered that Allison Fulton's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that, effective immediately, Allison Fulton is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Fulton is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further ordered that Allison Fulton shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.